# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD RAHIM HUSSEIN AL NASHIRI, ) | |
| Petitioner ) | Civil Action (HABEAS) |
| ) | |
| v. ) | Civil Case No. 08-cv-1207 (RCL) |
| ) | Misc. No. 08-mc-442 (TFH) |
| BARACK OBAMA, *et al.* ) | |
| Respondents. ) | *before* Judge Royce C. Lamberth |

## ORDER

Having reviewed petitioner's Motion for a Preservation Order and Memorandum of Law in Support of Petitioner's Motion for a Preservation Order, filed with the Court Security Office on November 18, 2016 and notice [ECF No. 260] given November 22, 2016, this Court hereby **ORDERS** the government to conduct a review of the classification status of that filing. Upon such review, should the government determine that the filings contain classified information, the Court **ORDERS** the government to provide a redacted, public version of the motion to be filed on ECF.

**So ORDERED.**

_____
Royce C. Lamberth
United States District Judge

DATE: 12/28/16